Ricardo Lopez, Esq. (SBN 315839)
RICARDO LOPEZ LAW P.C.
100 Oceangate
12th Floor
Long Beach, CA 90802
Tel: (213) 910-6373
Email: rlopez@ricardolopezlaw.com

Tanya Taylor, Esq. (SBN 312881)
THE PREMIER LEGAL GROUP
626 Wilshire Blvd.
Suite 410
Los Angeles, CA 90017
Tel: (213) 293-2909
Email: tanya@thepremierlegalgroup.com

Attorneys for PLAINTIFF [1]
ZENISHA HAMPTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZENISHA HAMPTON, an individual, | CASE NO.: 2:22-CV-01079-SB-PVC |
| Claimant, | |
| v. | |
| PETSMART LLC, a Delaware corporation; and DOES 1 through 100, inclusive, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Respondents. | |

---

[1] The contact information for Defendant PetSmart LLC's counsel is continued to the following page.

1
STIPULATION FOR DISMISSAL WITH PREJUDICE

1  Thy B. Bui (SBN 256383)
   tbui@constangy.com
2  Nathan K. Norimoto (SBN 334835)
   nnorimoto@constangy.com
3  CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
   2029 Century Park East, Suite 1100
4  Los Angeles, CA 90067
5  Telephone:  310.909.7775
   Facsimile:   424.465.6630
6
7  Attorneys for Defendant
   PETSMART LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulated to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing the action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 1, 2022    RICARDO LOPEZ LAW PC

By: *Ricardo Lopez*
Ricardo Lopez
Attorney for Plaintiff ZENISHA HAMPTON

Dated: August 23, 2022    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

By: */s/ Nathan K. Norimoto* [2]
Thy B. Bui
Nathan Norimoto
Attorneys for Defendant PETSMART LLC

---

[2] Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on behalf this filing is submitted, concur in this filing's contents and have authorized the filing.