UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENISHA HAMPTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETSMART LLC et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01079-SB-PVC<br><br>ORDER DISMISSING CASE |

　　　　On August 23, 2021, the parties voluntarily dismissed the case pursuant to Fed. R. Civ. P. 41(a).  Dkt. No. 26.  This action is therefore dismissed in its entirely with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: August 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1